203 So.2d 89

**In re: METROPOLITAN CRIME COMMISSION et al.**

No. 48924.

Oct. 20, 1967.

Writs granted with stay order.